**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joseph Domenic FLOWERS,**
**Defendant–Appellant.**

**Nos. 13–10414, 13–10420** [1]
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 13, 2013.

Randy Scott Chartash, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Joseph Domenic Flowers, FMC Butner–Inmate Legal Mail, Butner, NC, pro se.

Before TJOFLAT, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Mary Erickson, counsel for Joseph Flowers, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

1.  These cases were consolidated on appeal.

motion is **GRANTED,** and Flowers' convictions and sentences are **AFFIRMED.**